UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MADANI, REZA | ) | Case No. 05-09731 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Trustee's Final Report**

To:   The Honorable John D. Schwartz
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on March 17, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the March 17, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of July 25, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | | RECEIPTS (See Exhibit C) | $8,747.37 |
| b. | | DISBURSEMENTS (See Exhibit C) | $18.44 |
| c. | | NET CASH available for distribution | $8,728.93 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested | $1,625.00 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

(a.)   Joseph A. Baldi &           $1,777.00
       Associates, P.C.
       *Attorneys for Trustee*

5.   The Bar Date for filing unsecured claims expired on October 13, 2005.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $3,402.00 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $6,126.15 |

7.   Trustee proposes that unsecured creditors receive a distribution of 86.9500% of allowed claims .

8.   The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee *Trustee Compensation* | $0.00 | $1,625.00 | $0.00 |
| Joseph A. Baldi & Associates, P.C. *Attorney For Trustee* | $0.00 | $1,777.00 | $0.00 |

9.   A fee of $1,009.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11

U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: July 28, 2008

/s/
_____

Joseph A. Baldi, Trustee
_____
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Tasks Completed by Trustee

Exhibit A

## Tasks Performed by Trustee

A.    Trustee investigated and negotiated the sale of the Estate's interest in Debtor's residence back to the Debtorr.

B.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.    Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case; and

E.    Trustee otherwise administered this Estate and directed the allocation,    liquidation    and    distribution    of    assets    to    creditors    herein.

**Exhibit A**

Form I
Individual Estate Property Record and Report

Exhibit B

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Page:    1

ASSET CASES

| Case No: | 05-09731    JDS    Judge: John D. Schwartz | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MADANI, REZA | Date Filed (f) or Converted (c): | 03/17/05 (f) |
| | | 341(a) Meeting Date: | 04/25/05 |
| For Period Ending: | 07/25/08 | Claims Bar Date: | 10/13/05 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Property<br>Debtor's interest in single family residence owned jointly with non-debtor spouse; Sold back to debtor for $8,600 | 62,500.00 | 8,600.00 | | 8,600.00 | FA | 56,500.00 | 7,500.00 |
| 2. Checking, Savings Accounts | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 3. Household Goods & Furnishings | 930.00 | 0.00 | | 0.00 | FA | 0.00 | 930.00 |
| 4. Books and Art Objects | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 5. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 6. Furs & Jewelry | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 147.37 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $64,430.00 | $8,600.00 | | $8,747.37 | $0.00<br>(Total Dollar Amount in Column 6) | $56,500.00 | $9,430.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtained authority to sell estate's interes in Debtor's residence back to Debtor for $8,600.  Rec'd $5,000 downpayment and remainder to be paid in installments over (2) years.  Final installment received 11/2007.  File final report and  close case.

Initial Projected Date of Final Report (TFR): 06/01/07        Current Projected Date of Final Report (TFR): 09/01/08

**Trustee's Final Report**

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

Page:   1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-09731 -JDS |
| Case Name: | MADANI, REZA |
| Taxpayer ID No: | *******6243 |
| For Period Ending: | 07/25/08 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1557  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 11/01/05 | 1 | Reza Madani | Installment - Debtor's RE interest | 1110-000 | 5,000.00 | | 5,000.00 |
| C | 11/30/05 | 7 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 1.97 | | 5,001.97 |
| C | 12/01/05 | 1 | Reza Madani | Installment No. 1 of 24 | 1110-000 | 100.00 | | 5,101.97 |
| C | 12/01/05 | 1 | Reza Madani | Installment 1 of 24 | 1110-000 | 50.00 | | 5,151.97 |
| C | 12/13/05 | 1 | Reza Madani | Installment 2 of 24 | 1110-000 | 150.00 | | 5,301.97 |
| C | 12/30/05 | 7 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 2.64 | | 5,304.61 |
| C | 01/09/06 | 1 | Reza Madani | Installment 3 of 24 | 1110-000 | 150.00 | | 5,454.61 |
| C | 01/31/06 | 7 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 2.75 | | 5,457.36 |
| C | 02/13/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. Hoffman Estates, IL  60195 | Installment 4 of 24 | 1110-000 | 150.00 | | 5,607.36 |
| C | 02/13/06 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 4.20 | 5,603.16 |
| C | 02/28/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.94 | | 5,607.10 |
| C | 03/16/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. Hoffman Estates, IL  60195 | Installment 5 of 24 | 1110-000 | 150.00 | | 5,757.10 |
| C | 03/31/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.80 | | 5,761.90 |
| C | 04/17/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. Hoffman Estates, IL  60195 | Installment 6 of 24 | 1110-000 | 150.00 | | 5,911.90 |
| C | 04/28/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.78 | | 5,916.68 |
| C | 05/11/06 | 1 | Reza Madani | Installment 7 of 24 | 1110-000 | 150.00 | | 6,066.68 |
| C | 05/31/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.09 | | 6,071.77 |
| C | 06/13/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. Hoffman Estates, IL  60195 | Installment 8 of 24 | 1110-000 | 150.00 | | 6,221.77 |
| C | 06/30/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.05 | | 6,226.82 |
| C | 07/31/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.29 | | 6,232.11 |
| C | 08/02/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. Hoffman Estates, IL  60195 | Installment 9 of 24 | 1110-000 | 150.00 | | 6,382.11 |
| C | 08/17/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE 1033 N. Roselle Rd. | Installment NO. 10 of 24 | 1110-000 | 150.00 | | 6,532.11 |

LFORM2T4

Ver. 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 05-09731 -JDS | |
| Case Name: | MADANI, REZA | |
| Taxpayer ID No: | *******6243 | |
| For Period Ending: | 07/25/08 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1557 Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Hoffman Estates, IL 60195 | | | | | |
| C  08/31/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.44 | | 6,537.55 |
| C  09/14/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 11 of 24 | 1110-000 | 150.00 | | 6,687.55 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C  09/29/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.42 | | 6,692.97 |
| C  10/31/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 12 of 24 | 1110-000 | 150.00 | | 6,842.97 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C  10/31/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.69 | | 6,848.66 |
| C  11/21/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 13 of 24 | 1110-000 | 150.00 | | 6,998.66 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C  11/30/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.64 | | 7,004.30 |
| C  12/18/06 | 1 | Reza Madani | Installment No. 14 of 24 | 1110-000 | 150.00 | | 7,154.30 |
| C  12/29/06 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.99 | | 7,160.29 |
| C  01/11/07 | 1 | Reza Madani | Installment 15 of 24 | 1110-000 | 150.00 | | 7,310.29 |
| C  01/31/07 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.15 | | 7,316.44 |
| C  02/20/07 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 16 of 24 | 1110-000 | 150.00 | | 7,466.44 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C t 02/20/07 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 5.99 | 7,460.45 |
| C  02/28/07 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 5.64 | | 7,466.09 |
| C  03/13/07 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 17 of 24 | 1110-000 | 150.00 | | 7,616.09 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C  03/30/07 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.40 | | 7,622.49 |
| C  04/18/07 | 1 | CHARTER ONE | Installment 18 of 24 | 1110-000 | 150.00 | | 7,772.49 |
| | | JP MORGAN CHASE BANK, N.A. | | | | | |
| | | DENVER, CO | | | | | |
| C  04/30/07 | 7 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.31 | | 7,778.80 |
| C  05/22/07 | 1 | Reza Madani | Installment 19 of 24 | 1110-000 | 150.00 | | 7,928.80 |
| | | 712 Scarbrough Ct | | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |

FORM2T4

Ver: 14.03

Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-09731 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MADANI, REZA | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******1557  Interest earning MMA Account |
| Taxpayer ID No: | *******6243 | | |
| For Period Ending: | 07/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 05/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.64 | | 7,935.44 |
| C | 06/18/07 | 1 | Reza Madani | Payment 20 of 24 | 1110-000 | 150.00 | | 8,085.44 |
| | | | 712 Scarbrough Ct | | | | | |
| | | | Hoffman Estates, Il. 60169 | | | | | |
| C | 06/29/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.56 | | 8,092.00 |
| C | 07/19/07 | 1 | Reza Madani | Installment 21 of 24 | 1110-000 | 150.00 | | 8,242.00 |
| | | | 712 Scarbrough Ct | | | | | |
| | | | Hoffman Estates, Il. 60169 | | | | | |
| C | 07/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,248.91 |
| C | 08/20/07 | 1 | Reza Madani | Installment #22 | 1110-000 | 150.00 | | 8,398.91 |
| | | | 712 Scarbrough Ct | | | | | |
| | | | Hoffman Estates, Il. 60169 | | | | | |
| C | 08/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.05 | | 8,405.96 |
| C | 09/19/07 | 1 | Reza Madani | Installment #23 | 1110-000 | 150.00 | | 8,555.96 |
| | | | 712 Scarbrough Ct | | | | | |
| | | | Hoffman Estates, Il. 60169 | | | | | |
| C | 09/28/07 | 7 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.37 | | 8,561.33 |
| C | 10/24/07 | 1 | Reza Madani | Installment #24 | 1110-000 | 150.00 | | 8,711.33 |
| | | | 712 Scarbrough Ct | | | | | |
| | | | Hoffman Estates, Il. 60169 | | | | | |
| C | 10/31/07 | 7 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.46 | | 8,716.79 |
| C | 11/30/07 | 7 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 4.66 | | 8,721.45 |
| C | 12/31/07 | 7 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 4.17 | | 8,725.62 |
| C | 01/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 3.46 | | 8,729.08 |
| C t | 02/19/08 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 8.25 | 8,720.83 |
| C | 02/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 2.07 | | 8,722.90 |
| C | 03/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 2.06 | | 8,724.96 |
| C | 04/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 1.79 | | 8,726.75 |
| C | 05/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,727.85 |
| C | 06/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.08 | | 8,728.93 |

LFORM2T4

Ver: 14.03

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-09731 -JDS |
| Case Name: | MADANI, REZA |
| Taxpayer ID No: | *******6243 |
| For Period Ending: | 07/25/08 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1557  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******1557

| | Balance Forward | 0 00 |
| 26 | Deposits | 8,600.00 |
| 32 | Interest Postings | 147 37 |
| | Subtotal | $ 8,747.37 |
| 0 | Adjustments In | 0 00 |
| 0 | Transfers In | 0 00 |
| | Total | $ 8,747.37 |

| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0 00 |
| 3 | Transfers Out | 18 44 |
| | Total | $ 18 44 |

FORM2T4

Ver 14 03

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

| Case No: | 05-09731 -JDS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MADANI, REZA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | ******0339  Non-Interest earning DDA Account |
| Taxpayer ID No: | ******6243 | | | |
| For Period Ending: | 07/25/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/13/06 | | Transfer from Acct #******1557 | Bank Funds Transfer | 9999-000 | 4.20 | | 4.20 |
| * C  02/13/06 | 001001 | International Sureties | Bond Premium Payment | 2300-004 | | 4.20 | 0.00 |
| | | 203 Carondelet St. | Annual premium payment for Bond # 016026455 | | | | |
| | | New Orleans, LA 70130 | | | | | |
| * C  04/06/06 | 001001 | International Sureties | Stop Payment Reversal | 2300-004 | | -4.20 | 4.20 |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| C  04/11/06 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 4.20 | 0.00 |
| | | 203 Carondelet St. | 2006 Annual premium payment | | | | |
| | | New Orleans, LA 70130 | Replaces Check # 1001 | | | | |
| C t  02/20/07 | | Transfer from Acct #******1557 | Bank Funds Transfer | 9999-000 | 5.99 | | 5.99 |
| C  02/20/07 | 001003 | International Sureties, Ltd. | Bond Premium Payment | 2300-000 | | 5.99 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans  LA 70130 | | | | | |
| C t  02/19/08 | | Transfer from Acct #******1557 | Bank Funds Transfer | 9999-000 | 8.25 | | 8.25 |
| C  02/19/08 | 001004 | International Sureties | Bond Premium Payment | 2300-000 | | 8.25 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account  ******0339 | | | | | |
|---|---|---|---|---|---|
| 0 | Balance Forward | 0.00 | | | |
| | Deposits | 0.00 | 5 | Checks | 18.44 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $   0.00 | | | |
| | | | | Total | $   18.44 |
| 0 | Adjustments In | 0.00 | | | |
| 3 | Transfers In | 18.44 | | | |
| | Total | $   18.44 | | | |

Ver. 14.03

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   6

| Case No: | 05-09731 -JDS |
| --- | --- |
| Case Name: | MADANI, REZA |
| Taxpayer ID No: | *******6243 |
| For Period Ending: | 07/25/08 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0339  Non-Interest earning DDA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Balance Forward | 0.00 | | |
| 26 | | Deposits | 8,600.00 | 5 | Checks | 18.44 |
| 32 | | Interest Postings | 147.37 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 18.44 |
| | | Subtotal | $ 8,747.37 | | |
| | | | | | Total | $ 36.88 |
| 0 | | Adjustments In | 0.00 | | |
| 3 | | Transfers In | 18.44 | | |
| | | Total | $ 8,765.81 | | Net Total Balance | $ 8,728.93 |

LFORM2T4

Ver: 14.03

Reza Madani
05-09731

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re | | ) | Chapter 7 |
| | | ) | |
| MADANI, REZA | | ) | Case No. 05-09731 |
| | | ) | |
| | Debtor. | ) | Hon. John D. Schwartz |

**Trustee's Proposed Final Distribution Report**

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,402.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)–(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $5,326.93 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,728.93 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,410.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,625.00 | $1.625.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $1,777.00 | $1,777.00 |
| | **CLASS TOTALS** | **$3,402.00** | **$3,402.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital    Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 6,126.15 | 86.82 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Asset Acceptance LLC *General Unsecured Claims* | $191.38 | $166.41 |
| 000002 | Michael A. Lovda *General Unsecured Claims* | $185.00 | $160.86 |
| 000003 | Am. Express Travel Related Svc *General Unsecured Claims* | $354.68 | $308.41 |
| 000004 | Am. Express Travel Related Svc *General Unsecured Claims* | $629.96 | $547.78 |
| 000005 | Midwest Children'S Heart Specialist *General Unsecured Claims* | $278.01 | $241.74 |
| 000006 | Citibank (South Dakota) Na *General Unsecured Claims* | $4,487.12 | $3,901.73 |
| | **CLASS TOTALS** | **$6,126.15** | **$5,326.93** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: **None.**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 28, 2008          _____ /s/ Joseph Baldi, trustee_____