UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Reza Madani, | ) | Case No. 05-09731 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Final Compensation
### To Trustee's Attorneys,
### Joseph Baldi & Associates

THIS MATTER BEING HEARD on the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation     $1,777.00
   Expenses         $     0.00

   TOTAL            $1,777.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED:_____

ENTERED: _____
United States Bankruptcy Judge