UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| MADANI, REZA ) | Case No. 05-09731 | |
| ) | | |
| Debtor. ) | Hon. John D. Schwartz | |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

   On: **September 18, 2008**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $8,747.37 |
   | Disbursements | $18.44 |
   | Net Cash Available for Distribution | $8,728.93 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,625.00 | $0.00 |
   | Joseph A. Baldi & Associates, P.C.<br>*Attorney For Trustee* | $0.00 | $1,777.00 | $0.00 |

5. Applications for Chapter 11 administrative expenses have been filed as follows: None.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% . Allowed priority claims are: None.

7. Claims of general unsecured creditors totaling $6,126.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 86.9500% .

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $191.38 | $166.41 |
| 2 | Michael A. Lovda | $185.00 | $160.86 |
| 3 | Am.Express Travel Related Svc | $354.68 | $308.41 |
| 4 | Am.Express Travel Related Svc | $629.96 | $547.78 |
| 5 | Midwest Children's Heart Specialist | $278.01 | $241.74 |
| 6 | Citibank (South Dakota) Na | $4,487.12 | $3,901.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **August 22, 2008**                              For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn, 7th Floor
                                                      Chicago, Illinois  60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South Lasalle Street
             Chicago, IL  60603
Phone No.:   (312) 726-8150

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-09731    Doc 38    Filed 08/22/08    Entered 08/24/08 23:46:21    Desc Imaged
                          Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Aug 22, 2008
Case: 05-09731                Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on Aug 24, 2008.
db          +Reza Madani,   712 Scarbrough,   Hoffman Estates, IL 60169-2718
aty         +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
aty         +Jeffery S Sell,   Andrew W Levenfeld & Assoc,   221 N Lasalle St 28th Flr,
              Chicago, IL 60601-1206
aty         +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
9056823      AMEX,   P.O. Box 7871,   Fort Lauderdale, FL 33329
9647759      American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee, LLP,
              P.O. Box 3001,   Malvern, PA 19355-0701
9056822     +Ameritech FACC Illinois,   c/o Collection Company,   700 Longwater Drive,
              Norwell, MA 02061-1624
9056824      CFC Financial Corp.,   7027 Miller Drive,   Warren, MI 48092-4726
9056827     +CITI,   P.O. Box 15687,   Wilmington, DE 19850-5687
9056826     +CITI,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
9056825     +Chase Manhattan Mortgage Corp.,   P.O. Box 9001871,   Louisville, KY 40290-1871
9914095     +Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Prcessing,   PO Box 6305,
              The Lakes, NV 88901-6305
9056828      Citibank S.D./USA,   110 Lake Drive,   Newark, DE 19702-3317
9056829     +First USA,   c/o Lenahan Law Office,   P.O. Box 990,   Buffalo, NY 14207-0990
9056830     +First USA Bank,   P.O. Box 8650,   Wilmington, DE 19899-8650
9056831      First USA Bank, NA,   Dept. OH1-0552 Attn: Cdv,   800 Brooksedge, Bldg. 3,
              Westerville, OH 43081-2822
9056832     +Michael A. Lovda,   DDS, Ltd.,   1644 W. Algonquin Rd.,   Hoffman Estates, IL 60192-1587
9056833     +Midwest Children's Heart Specialist,   1575 N. Barrington, Ste. 430,
              Hoffman Estates, IL 60169-1057
9056834     +SBC Illinois,   c/o CFC Financial LLC,   P.O. Box 2038,   Warren, MI 48090-2038
9056835     +Sears,   c/o Sherman Acquisition,   P.O. Box 10497,   Greenville, SC 29603-0497
9056837     +Sprint PCS,   c/o Anderson Fin Network, Inc.,   P.O. Box 3427,   Bloomington, IL 61702-3427
9056838     +St. Alexius Medical Center,   1555 Barrington Rd.,   Hoffman Estates, IL 60169-1099
The following entities were served by electronic transmission on Aug 23, 2008.
9607900     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           ASSET ACCEPTANCE LLC,   SBC,
              PO BOX 2036,   WARREN MI 48090-2036
9056836      E-mail/Text: resurgentbknotifications@resurgent.com
              Sherman Acquisition, LP,   9700 Bissonnet St. Ste. 2000,   P.O. Box 740281,
              Houston, TX 77274-0281
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2008**              **Signature:** _Joseph Speetjens_