UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Reza Madani, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 05-09731 |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To: The Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: December 4, 2008

/s/
Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Reza Madani, | ) | Case No. 05-09731 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Order Awarding Final Compensation
To Trustee's Attorneys,
Joseph Baldi & Associates**

THIS MATTER BEING HEARD on the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Joseph A. Baldi & Associates, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

| | | |
|---|---|---|
| 1. | Compensation | $1,777.00 |
| | Expenses | $ 0.00 |
| | TOTAL | $1,777.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

18 SEP 2008

DATED:______________________

ENTERED: ____________________________
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Reza Madani, | ) | Case No. 05-09731 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Order Awarding Trustee's Final Compensation**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

| | | |
|---|---|---|
| 1. | Compensation | $1,625.00 |
| | Expenses | $ 0.00 |
| | TOTAL | $1,625.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 18 SEP 2008

ENTERED: ______________________
United States Bankruptcy Judge

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Reza Madani, | ) | Case No. 05-09731 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**Trustee's Final Distribution Report**

I, Joseph A. Baldi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,402.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $5,329.97 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,731.97 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,402.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $1,625.00 | $1,625.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $1,777.00 | $1,777.00 |
| | **CLASS TOTALS** | **$3,402.00** | **$3,402.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2.225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 6,126.15 | 87.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Asset Acceptance LLC<br>*General Unsecured Claims* | $191.38 | $166.51 |
| 000002 | Michael A. Lovda<br>*General Unsecured Claims* | $185.00 | $160.96 |
| 000003 | American Express Travel Related<br>*General Unsecured Claims* | $354.68 | $308.58 |
| 000004 | American Express Travel Related<br>*General Unsecured Claims* | $629.96 | $548.09 |
| 000005 | Midwest Children's Heart Specialist<br>*General Unsecured Claims* | $278.01 | $241.88 |
| 000006 | Citibank (South Dakota) NA<br>*General Unsecured Claims* | $4,487.12 | $3,903.95 |
| | **CLASS TOTALS** | **$6,126.15** | **$5,329.97** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: **None.**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 24, 2008                              /s/ Joseph Baldi, trustee

# Exhibit C

## Form 2
## Estate Cash Receipts and Disbursements Record

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. 05-09731 -ERW
Case Name: MADANI, REZA
Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******1557 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/01/05 | 1 | Reza Madani | Installment - Debtor's RE interest | 1110-000 | 5,000.00 | | 5,000.00 |
| C 11/30/05 | 7 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 1.97 | | 5,001.97 |
| C 12/01/05 | 1 | Reza Madani | Installment No. 1 of 24 | 1110-000 | 100.00 | | 5,101.97 |
| C 12/01/05 | 1 | Reza Madani | Installment 1 of 24 | 1110-000 | 50.00 | | 5,151.97 |
| C 12/13/05 | 1 | Reza Madani | Installment 2 of 24 | 1110-000 | 150.00 | | 5,301.97 |
| C 12/30/05 | 7 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 2.64 | | 5,304.61 |
| C 01/09/06 | 1 | Reza Madani | Installment 3 of 24 | 1110-000 | 150.00 | | 5,454.61 |
| C 01/31/06 | 7 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 2.75 | | 5,457.36 |
| C 02/13/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE<br>1033 N. Roselle Rd.<br>Hoffman Estates, IL 60195 | Installment 4 of 24 | 1110-000 | 150.00 | | 5,607.36 |
| C t 02/13/06 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 4.20 | 5,603.16 |
| C 02/28/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.94 | | 5,607.10 |
| C 03/16/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE<br>1033 N. Roselle Rd.<br>Hoffman Estates, IL 60195 | Installment 5. of 24 | 1110-000 | 150.00 | | 5,757.10 |
| C 03/31/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.80 | | 5,761.90 |
| C 04/17/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE<br>1033 N. Roselle Rd.<br>Hoffman Estates, IL 60195 | Installment 6 of 24 | 1110-000 | 150.00 | | 5,911.90 |
| C 04/28/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.78 | | 5,916.68 |
| C 05/11/06 | 1 | Reza Madani | Installment 7 of 24 | 1110-000 | 150.00 | | 6,066.68 |
| C 05/31/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.09 | | 6,071.77 |
| C 06/13/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE<br>1033 N. Roselle Rd.<br>Hoffman Estates, IL 60195 | Installlment 8 or 24 | 1110-000 | 150.00 | | 6,221.77 |
| C 06/30/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.05 | | 6,226.82 |
| C 07/31/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.29 | | 6,232.11 |
| C 08/02/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE<br>1033 N. Roselle Rd.<br>Hoffman Estates, IL 60195 | Installment 9 of 24 | 1110-000 | 150.00 | | 6,382.11 |
| C 08/17/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment NO. 10 of 24 | 1110-000 | 150.00 | | 6,532.11 |

Form 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. 05-09731 -ERW
Case Name: MADANI, REZA
Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******1557 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C 08/31/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.44 | | 6,537.55 |
| C 09/14/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 11 of 24 | 1110-000 | 150.00 | | 6,687.55 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C 09/29/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.42 | | 6,692.97 |
| C 10/31/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installlment 12 0f 24 | 1110-000 | 150.00 | | 6,842.97 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C 10/31/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.69 | | 6,848.66 |
| C 11/21/06 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 13 of 24 | 1110-000 | 150.00 | | 6,998.66 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C 11/30/06 | 7 | Bank of America, N.A | Interest Rate 1.000 | 1270-000 | 5.64 | | 7,004.30 |
| C 12/18/06 | 1 | Reza Madani | Installment No. 14 of 24 | 1110-000 | 150.00 | | 7,154.30 |
| C 12/29/06 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.99 | | 7,160.29 |
| C 01/11/07 | 1 | Reza Madani | Installment 15 of 24 | 1110-000 | 150.00 | | 7,310.29 |
| C 01/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.15 | | 7,316.44 |
| C 02/20/07 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 16 or 24 | 1110-000 | 150.00 | | 7,466.44 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C t 02/20/07 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 5.99 | 7,460.45 |
| C 02/28/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.64 | | 7,466.09 |
| C 03/13/07 | 1 | HOFFMAN ESTATES CURRENCY EXCHANGE | Installment 17 of 24 | 1110-000 | 150.00 | | 7,616.09 |
| | | 1033 N. Roselle Rd. | | | | | |
| | | Hoffman Estates, IL 60195 | | | | | |
| C 03/30/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.40 | | 7,622.49 |
| C 04/18/07 | 1 | CHARTER ONE | Installment 18 of 24 | 1110-000 | 150.00 | | 7,772.49 |
| | | JP MORGAN CHASE BANK, N.A. | | | | | |
| | | DENVER, CO | | | | | |
| C 04/30/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.31 | | 7,778.80 |

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-09731 -ERW
Case Name: MADANI, REZA

Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******1557 Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/22/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Installment 19 or 24 | 1110-000 | 150.00 | | 7,928.80 |
| C 05/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.64 | | 7,935.44 |
| C 06/18/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Payment 20 of 24 | 1110-000 | 150.00 | | 8,085.44 |
| C 06/29/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.56 | | 8,092.00 |
| C 07/19/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Installment 21 of 24 | 1110-000 | 150.00 | | 8,242.00 |
| C 07/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.91 | | 8,248.91 |
| C 08/20/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Installment #22 | 1110-000 | 150.00 | | 8,398.91 |
| C 08/31/07 | 7 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.05 | | 8,405.96 |
| C 09/19/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Installment #23 | 1110-000 | 150.00 | | 8,555.96 |
| C 09/28/07 | 7 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.37 | | 8,561.33 |
| C 10/24/07 | 1 | Reza Madani<br>712 Scarbrough Ct<br>Hoffman Estates, IL 60169 | Installment #24 | 1110-000 | 150.00 | | 8,711.33 |
| C 10/31/07 | 7 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.46 | | 8,716.79 |
| C 11/30/07 | 7 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 4.66 | | 8,721.45 |
| C 12/31/07 | 7 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 4.17 | | 8,725.62 |
| C 01/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 3.46 | | 8,729.08 |
| C t 02/19/08 | | Transfer to Acct #*******0339 | Bank Funds Transfer | 9999-000 | | 8.25 | 8,720.83 |
| C 02/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 2.07 | | 8,722.90 |
| C 03/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 2.06 | | 8,724.96 |
| C 04/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 1.79 | | 8,726.75 |
| C 05/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.10 | | 8,727.85 |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-09731 -ERW
Case Name: MADANI, REZA

Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******1557 Interest earning MMA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.08 | | 8,728.93 |
| C 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 | | 8,730.04 |
| C 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.11 | | 8,731.15 |
| C 09/24/08 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 8,731.97 |
| C t 09/24/08 | | Transfer to Acct #*******0339 | Final Posting Transfer | 9999-000 | | 8,731.97 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******1557

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 26 | Deposits | | 8,600.00 |
| 35 | Interest Postings | | 150.41 |
| | Subtotal | $ | 8,750.41 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 8,750.41 |

| | | | |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 0 | Adjustments Out | | 0.00 |
| 4 | Transfers Out | | 8,750.41 |
| | Total | $ | 8,750.41 |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-09731 -ERW
Case Name: MADANI, REZA

Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0339 Non-Interest earning DDA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 02/13/06 | | Transfer from Acct #*******1557 | Bank Funds Transfer | 9999-000 | 4.20 | | 4.20 |
| * C 02/13/06 | 001001 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>Annual premium payment for Bond # 016026455 | 2300-004 | | 4.20 | 0.00 |
| * C 04/06/06 | 001001 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Stop Payment Reversal | 2300-004 | | -4.20 | 4.20 |
| C 04/11/06 | 001002 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>2006 Annual premium payment<br>Replaces Check # 1001 | 2300-000 | | 4.20 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******1557 | Bank Funds Transfer | 9999-000 | 5.99 | | 5.99 |
| C 02/20/07 | 001003 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 5.99 | 0.00 |
| C t 02/19/08 | | Transfer from Acct #*******1557 | Bank Funds Transfer | 9999-000 | 8.25 | | 8.25 |
| C 02/19/08 | 001004 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 8.25 | 0.00 |
| C t 09/24/08 | | Transfer from Acct #*******1557 | Transfer In From MMA Account | 9999-000 | 8,731.97 | | 8,731.97 |
| C 09/29/08 | 001005 | JOSEPH A. BALDI , as Trustee<br>Joseph A. Baldi & Associates<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Final Compensation | 2100-000 | | 1,625.00 | 7,106.97 |
| C 09/29/08 | 001006 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,777.00 | 5,329.97 |
| C 09/29/08 | 001007 | ASSET ACCEPTANCE LLC<br>SBC<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000001, Payment 87.00%<br>15274281 | 7100-000 | | 166.51 | 5,163.46 |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-09731 -ERW
Case Name: MADANI, REZA

Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0339 Non-Interest earning DDA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 09/29/08 | 001008 | Michael A. Lovda<br>DDS, Ltd.<br>1644 W. Algonquin Rd<br>Hoffman Estates, IL 60195 | Claim 000002, Payment 87.01% | 7100-000 | | 160.96 | 5,002.50 |
| C 09/29/08 | 001009 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 87.00% | 7100-000 | | 308.58 | 4,693.92 |
| * C 09/29/08 | 001010 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 87.00% | 7100-003 | | 548.09 | 4,145.83 |
| C 09/29/08 | 001011 | Midwest Children's Heart Specialist<br>1575 N. Barrington, Ste. 430<br>Hoffman Estates, IL 60194 | Claim 000005, Payment 87.00% | 7100-000 | | 241.88 | 3,903.95 |
| C 09/29/08 | 001012 | Citibank (South Dakota) NA<br>Citibank/Choice<br>Exception Payment Prcessing<br>PO Box 6305<br>The Lakes, NV 88901 | Claim 000006, Payment 87.00% | 7100-000 | | 3,903.95 | 0.00 |
| * C 10/16/08 | 001010 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 87.00% | 7100-003 | | -548.09 | 548.09 |
| C 10/16/08 | 001013 | St. Alexius Medical Center<br>1555 Barrington Road<br>Hoffman Estates IL 60194-1018 | Final Distribution Check<br>Bankruptcy Claim No. 4 | 7100-000 | | 548.09 | 0.00 |

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-09731 -ERW
Case Name: MADANI, REZA

Taxpayer ID No: *******6243
For Period Ending: 12/03/08

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0339 Non-Interest earning DDA Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Account *******0339

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 15 | Checks | | 8,750.41 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | $ | 8,750.41 |
| 0 | Adjustments In | 0.00 | | | | |
| 4 | Transfers In | 8,750.41 | | | | |
| | Total | $ 8,750.41 | | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 26 | Deposits | 8,600.00 | 15 | Checks | | 8,750.41 |
| 35 | Interest Postings | 150.41 | 0 | Adjustments Out | | 0.00 |
| | | | 4 | Transfers Out | | 8,750.41 |
| | Subtotal | $ 8,750.41 | | | | |
| | | | | Total | $ | 17,500.82 |
| 0 | Adjustments In | 0.00 | | | | |
| 4 | Transfers In | 8,750.41 | | | | |
| | Total | $ 17,500.82 | | Net Total Balance | $ | 0.00 |